UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK SPRETER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>Defendant. | Case No.: 3:18-cv-0540-L-NLS<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL  [ECF No. 15]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby dismisses this matter with prejudice upon the Plaintiff's request.

**IT IS SO ORDERED.**

Dated:  October 22, 2018

_____
Hon. M. James Lorenz
United States District Judge